IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40851
Conference Calendar
_____


JOE LOUIS BOOKER,

                                        Plaintiff-Appellant,


versus

TOM WORSHAM; KELLY STEPHENS;
JERRY WIGGINS; L.E. JACK DRISCOLL,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:96-CV-188
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Joe Louis Booker, Texas prisoner # 515451, appeals from the

judgment of the district court dismissing a civil rights action,

brought pursuant to 42 U.S.C. § 1983, as frivolous.  We have

reviewed the record and the brief and conclude that the district

court did not abuse its discretion in dismissing as frivolous

Booker's claim that he was deprived of due process before his

_____

   [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

confinement in administrative segregation. <u>Booker v. Worsham et al.</u>, No. 4:96-CV-188 (E.D. Tex. Aug. 12, 1996). The motions to amend the complaint and for a temporary restraining order and an injunction are not properly before the court, and they are DENIED.

The appeal is without arguable merit and thus frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.2. We caution Booker that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Booker is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; MOTIONS DENIED; SANCTION WARNING ISSUED.